979 F.2d 856
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST;
Trustees of the Electrical Workers Pension Trust,
Plaintiffs-Appellants,
v.
MARJO CORPORATION, d/b/a Desert Valley Electric, A Nevada
corporation, Grant General Contractors, Inc., a California
corporation; Paragon Construction, Inc., A Nevada
corporation; Weyher Bros. Co.; Tibesar Construction Co., a
Nevada corporation, and Doe Corporations and Doe Individuals
1 through 5, Defendamts-Appellees.
TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST,
et al., Plaintiffs-Appellants,
v.
MARJO CORPORATION, d/b/a Desert Valley Electric, a Nevada
corporation, et al., Defendants-Appellees.
TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST;
Trustees of the Electrical Workers Pension Trust; Trustees
of the National Electrical Industry Fund; Members of the
Joint Apprenticeship Training Committee; National Employees
Benefit Board; Trustees of the Electrical Workers Vacation
Savings Plan Trust, Plaintiffs-Appellants,
v.
MARJO CORPORATION, d/b/a Desert Valley Electric, a Nevada
Corporation; Grant General Contractors, Inc., a California
corporation; Paragon Construction, Inc., a Nevada
corporation; Tibesar Construction Co., a Nevada
corporation, and Doe Corporations and Doe Individuals 1
through 5, Defendants-Appellees.
 Nos. 91-16150, 91-16581 and 91-16610.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted Oct. 6, 1992.
Decided Nov. 16, 1992.
Redesignated an Authored Opinion
March 16, 1993.
 
 1
 THE COURT HAS WITHDRAWN THIS OPINION. SEE 988 F.2d 865.